UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

Yosi Shemtov,

                Debtor.

CHAPTER 11

CASE NO. 14-43649

AFFIDAVIT

STATE OF NEW YORK  )
                          ) SS:
COUNTY OF KINGS    )

       **Yosi Shemtov**, being duly sworn, deposes and says:

       1. I am the Debtor, and I submit the following information pursuant to Local Rule 1007-3 and in connection with the Debtor's voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") filed herein.

       2. The Debtor's asset are located at 86-80 Midland Parkway, Jamaica, NY 11432; 86-82 Midland Parkway, Jamaica, NY 11432, 86-84 Midland Parkway, Jamaica, NY 11432, 86-86 Midland Parkway, Jamaica, NY 11432; 3-27 125 St., College Point, New York; 137-82 70 Avenue, Flushing, New York; 391 Van Siclen, Brooklyn, New York; 100-21 39 Avenue, Corona, New York.

       3. No official or unofficial committee of creditors of the Debtor has been organized as of this date.

       4. No property of the Debtor is in the possession or custody of any custodian, public officer, receiver, trustee, assignee of rents, or secured creditor or agent for any such person.

5. The Debtor's principal books and records are located at 86-80 Midland Parkway, Jamaica, New York 11432.

6. A listing of the Debtor's twenty (20) largest unsecured creditors, excluding insiders, is attached to the Debtor's petition.

7. No stocks, bonds, debentures, or other securities of the Debtor have been publicly issued.

8. The Debtor does not have any assets located outside the territorial limits of the United States.

9. It is desirable for the Debtor to continue his operations, as the Debtor believes himself to be capable of effectuating a reorganization.

/s/
Yosi Shemtov

Sworn to before me this
5TH day of August, 2014

/s/
NOTARY PUBLIC

ROBERT N. NADEL
Notary Public, State of New York
No. 02NA5041472
Qualified in Nassau County
Commission Expires January 15, 2017
July 6.