B6A (Official Form 6A) (12/07)

In re  Yosi Shemtov
_____,
Debtor

Case No. 14-43649-60S

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 86-80 Midland Parkway Jamaica, NY 11432 | | - | 800,000.00 | 1,039,000.00 |
| 86-82 Midland Parkway Jamaica, NY 11432 | | - | 800,000.00 | 1,134,000.00 |
| 86-84 Midland Parkway Jamaica, NY 11432 | | - | 800,000.00 | 1,100,000.00 |
| 86-86 Midland Parkway Jamaica, NY 11432 | | - | 800,000.00 | 760,218.72 |
| 3-27 125 St. College Point, NY | | - | 400,000.00 | 600,000.00 |
| 137-82 70 Avenue Flushing, NY | | - | 350,000.00 | 863,000.00 |
| 391 Van Siclen Brooklyn, NY | | - | 180,000.00 | 404,000.00 |
| 100-21 39 Avenue Corona, NY | | - | 225,000.00 | 861,000.00 |

Sub-Total >   4,355,000.00   (Total of this page)

Total >   4,355,000.00

_0_  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy