Jun 22 2015 6:13PM HP Fax                                     page 1

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NEW YORK

In re YOSI SHEMTOV                          Case No. 14-43649-60B
    Debtor                              Reporting Period:  31-May-15

                                         Social Security # XXX-XX-0418
                                          (last 4 digits only)

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | YES | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | YES | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | YES | |
| Balance Sheet | MOR-3 (INDV) | YES | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | YES | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | YES | |
| Debtor Questionnaire | MOR-6 (INDV) | YES | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor _____       Date 6/22/15

Signature of Joint Debtor _____   Date _____

In re Yosi Shemtov                                    Case No. 14-43649-608

Debtor                                                Reporting Period:        31-May-15

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 87943.7 | |
| **RECEIPTS** | | |
| Wages (Net) | 0 | 24557.76 |
| Interest and Dividend Income | 3.29 | 19.01 |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 0 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) See attached P & L | 15,983.75 | 247,778.50 |
| Total Receipts | 15987.04 | 272355.27 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | 0 |
| Rental Payment(s) | 0 | 17050 |
| Other Secured Note Payments | 0 | |
| Utilities | 6262.31 | 36516.82 |
| Insurance | 3572.5 | 13395 |
| Auto Expense | 472.61 | 4992.59 |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 250 | 2969.23 |
| Medical Expenses | 284.68 | 2942.18 |
| Food, Clothing, Hygiene | 977.78 | 11984.23 |
| Charitable Contributions | 0 | 251 |
| Alimony and Child Support Payments | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Taxes - Personal Property | 0 | 0 |
| Taxes - Other (attach schedule) | 0 | 2141.55 |
| Travel and Entertainment | 2085.45 | 20712.24 |
| Gifts | | |
| Other (attach schedule) See attached P & L | 6946.1 | 45552.03 |
| Total Ordinary Disbursements | 20851.43 | 158506.89 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | 2603.49 | 3253.49 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| Total Reorganization Items | 2603.49 | 3253.49 |
| Total Disbursements (Ordinary + Reorganization) | 23454.92 | 161760.38 |
| Net Cash Flow (Total Receipts - Total Disbursements) | -7467.88 | 110594.89 |
| Cash - End of Month (Must equal reconciled bank statement) | 80475.82 | |

In re Yosi Shemtov

Debtor

Case No. 14-43649-608

Reporting Period:                31-May-15

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rent Revenue - Various Properties - See schedule | 15347.5 | 231536.87 |
| Parking and Electric Fees | 606.25 | 18941.63 |
| Dividend Income | 0 | 2500 |
| Bank Adjustment | 30 | 1030 |
| | | |
| | | |
| **Other Taxes** | | |
| State Income Taxes | 0 | 21411.55 |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Child Daycare | 650 | 7150 |
| Education Expenses | 1026.59 | 9506.59 |
| Miscellaneous | 1986.45 | 3516.28 |
| Bank Service Charges | 30 | 181.09 |
| Licenses and Permits | 0 | 60 |
| Draw | 0 | 10503 |
| Credit Card Payments | 3253.06 | 14305.12 |
| Attorney Fees Non Reorganization L&T | 0 | 260 |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 23434.92 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 23434.92 |

In re Yosi Shemtov _____          Case No. 14-43649-608
     Debtor                          Reporting Period: _____ 31-May-15 _____

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | DIP | Payroll | Tax | Other |
|---|---|---|---|---|
| BALANCE PER BOOKS | 80475.82 | | | |
| | | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | 0 | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | 0 | | | |
| OTHER *(ATTACH EXPLANATION)* | 0 | | | |
| ADJUSTED BANK BALANCE * | 80475.82 | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

In re Yosi Shemtov
Debtor

Case No. 14-43649-608
Reporting Period:    31-May-15

# DISBURSEMENT JOURNAL

## CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total Cash Disbursements | | |

## BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| | See attachment bank account disbursement journals | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total Bank Account Disbursements | | | |

| Total Disbursements for the Month | |
|-----------------------------------|--|
| | |

In re Yosi Shemtov
_____
Debtor

Case No. 14-43649-608

Reporting Period: _____ 31-May-15

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | 0 | 0 |
| | | |
| | | |
| Other Property *(attach schedule) See schedule A of Petition* | 4355000 | 4355000 |
| *TOTAL REAL PROPERTY ASSETS* | 4355000 | 4355000 |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | | 1500 |
| Bank Accounts | 87943.7 | 25000 |
| Security Deposits | 1550 | 1550 |
| Household Goods & Furnishings | 5000 | 5000 |
| Books, Pictures, Art | | |
| Wearing Apparel | 2000 | 2000 |
| Furs and Jewelry | 2000 | 2000 |
| Firearms & Sports Equipment | 0 | 0 |
| Insurance Policies | 25000 | 25000 |
| Annuities | | 0 |
| Education IRAs | | 0 |
| Retirement & Profit Sharing | | 0 |
| Stocks | | |
| Partnerships & Joint Ventures | | 0 |
| Government & Corporate Bonds | | 0 |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | 0 |
| Other Liquidated Debts | | 0 |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | 0 |
| Other Claims | | 0 |
| Patents & Copyrights | | |
| Licenses & Franchises | | 0 |
| Customer Lists | | 0 |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | 0 |
| Aircraft | | 0 |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | 0 |
| Inventory | | |
| Animals | | |
| Crops | | 0 |
| Farming Equipment | | 0 |
| Farm Supplies | | 0 |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | 123493.7 | 75550 |
| *TOTAL ASSETS* | 4478493.7 | 4430550 |

In re Yosi Shemtov

Debtor

Case No. 14-43649-608

Reporting Period: _____ 31-May-15

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | 0 | 0 |
| FICA/Medicare (not deducted from wages) | 0 | 0 |
| State Taxes (not deducted from wages) | 0 | 0 |
| Real Estate Taxes | 0 | 0 |
| Other Taxes (attach schedule) | 0 | 0 |
| TOTAL TAXES | 0 | 0 |
| Professional Fees | 0 | 0 |
| Other Post-petition Liabilities (list creditors) | 0 | 0 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | | 0 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 6761218.72 | 6761218.72 |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | 6761218.72 | 6761218.72 |
| TOTAL LIABILITIES | 6761218.72 | 6761218.72 |

In re Yosi Shemtov
_____
Debtor

Case No. 14-43649-608
Reporting Period: 31-May-15

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 91 | |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____
_____
_____
_____
_____

In re Yosi Shemtov
_____
        Debtor

Case No. 14-43649-608
_____
Reporting Period:        31-May-15
_____

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re Yosi Shemtov                                   Case No. 14-43649-608
_____                      _____
        Debtor                                       Reporting Period: 31-May-15
                                                     _____

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | NO |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | NO |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | NO |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | NO |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | NO |
| 6 | Are any post petition State or Federal income taxes past due? | | NO |
| 7 | Are any post petition real estate taxes past due? | | no |
| 8 | Are any other post petition taxes past due? | | NO |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | NO |
| 10 | Are any amounts owed to post petition creditors delinquent? | | NO |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | NO |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | NO |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | NO |

Yosi Shemtov DIP Ch.11      Case # 14-43649-608

   May-15

Rent Revenue by Property

| Cash basis | Rent Revenue |
| --- | --- |
| | Apr-15 |
| 86-80 Midland Parkway | 3,770.00 |
| 86-82 Midland Parkway | 2,487.50 |
| 86-84 Midland Parkway | 6,250.00 |
| 86-86 Midland Parkway | 1,555.00 |
| 137-82 70th Street | 1,285.00 |
| 100-21 39th Ave | . |
| 391 Van Siclen Ave | - |
| 3-27 125th Street | - |
| | |
| Total | 15,347.50 |

Expenses by Property

| | Conedison | NYC Water and Sewer |
| --- | --- | --- |
| 86-80 Midland Parkway | 147.26 | 1850 |
| 86-82 Midland Parkway | 477.17 | 700.00 |
| 86-84 Midland Parkway | 306.25 | 700.00 |
| 86-86 Midland Parkway | 305.53 | 700.00 |
| 137-82 70th Street | 249.26 | 700.00 |
| 100-21 39th Ave | 62.84 | 64.00 |
| 391 Van Siclen Ave | | |
| 3-27 125th Street | - | |
| Total | 1,548.31 | 4,714.00 |
| Total Utilities | 6,262.31 | |

# YOSI SHEMTOV - DIP
## Profit & Loss
### May 2015

12:39 PM

06/22/15

Accrual Basis

| | May 15 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 301 · Rent Revenue | 15,347.50 |
| 305 · Parking and Electric Revenue | 606.25 |
| **Total Income** | 15,953.75 |
| **Gross Profit** | 15,953.75 |
| **Expense** | |
| 403 · Child Daycare | 650.00 |
| 405 · Education Expense | 1,026.59 |
| 410 · US TRUSTEE FEES | 2,603.49 |
| 411 · Utilities | 6,262.31 |
| 415 · Insurance | 775.00 |
| 416 · Health Expense | 284.68 |
| 421 · Repairs | 250.00 |
| 427 · Clothing and Personal Care | 977.78 |
| 429 · Transportation Expense | 472.61 |
| 505 · Bank Service Charges | 30.00 |
| 516 · CREDIT CARD PAYMENT | 3,253.06 |
| 523 · Miscellaneous | 1,986.45 |
| 537 · LIFE INSURANCE PREMIUMS PAID | 2,797.50 |
| 559 · Meals and Entertainment | 2,085.45 |
| **Total Expense** | 23,454.92 |
| **Net Ordinary Income** | -7,501.17 |
| **Other Income/Expense** | |
| **Other Income** | |
| 306 · Bank Credit - Adjustment | 30.00 |
| 801 · Interest Income | 3.29 |
| **Total Other Income** | 33.29 |
| **Net Other Income** | 33.29 |
| **Net Income** | -7,467.88 |